UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COREY R. THOMAS, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 4:06CV01670 ERW |

**ORDER**

This matter is before the Court upon Petitioner's Motion for Leave to Conduct Discovery [doc. #9]. A hearing was held on May 17, 2007, and the Court heard arguments from Petitioner's counsel on the Motion. Counsel for Respondent failed to appear for the hearing.

On November 17, 2006, Petitioner filed this action moving the Court to vacate, set aside or correct his sentence, under 28 U.S.C. § 2255. In his Motion, Petitioner seeks the production of the following documents from the St. Louis Metropolitan Police Department: (1) the complete laboratory file on complaint number 03036163 including but not limited to, incoming and outgoing reports, and a report on the disposition of drugs; (2) all radio transmissions pertaining to movant's arrest from the night of March 27, 2003 including those transmitted on AD Information and TACH channels; (3) any and all written St. Louis Metropolitan Police Department policies or procedures that were in existence on October 9, 2003, setting forth the procedures that the drug laboratory must follow to destroy drugs in its possession; (4) Petitioner's original police report from March 27, 2003, including, but not limited to, supplemental reports, narratives, and warrant

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

information; (5) the Internal Affairs File of Officer Bryan Williams, DSN 6371; and (6) the personnel file of Officer Bryan Williams, DSN 6371.  Petitioner also seeks from the Regional Justice Information Service (REIJS) production of wanted checks performed by the arresting officers on March 27, 2003.

Pursuant to Federal Rule of Civil Procedure 26, "[p]arties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party." Fed. R. Civ. P. 26(b)(1).  Respondent shall produce to the Court, for *in camera* review, the Internal Affairs File and personnel file of Officer Bryan Williams, DSN 6371, no later than **May 30, 2007**.  The Court will assess the documents' potential relevance and determine whether the documents may be subject to statutory privilege.

The Court is persuaded by Petitioner's argument that the other materials sought are relevant and entirely discoverable.  Therefore, the Court will order that the other documents Petitioner seeks be produced, no later than **May 30, 2007**.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Leave to Conduct Discovery [doc. #9] is **GRANTED**, **in part**.

**IT IS FURTHER ORDERED** that Respondent shall produce to the Court, for in camera review, the Internal Affairs File and personnel file of Officer Bryan Williams, DSN 6371, no later than **May 30, 2007**.

**IT IS FURTHER ORDERED** that Respondent shall produce to Petitioner, as outlined in this Court's Order, the following: (1) the complete laboratory file on complaint number 03036163; (2) all radio transmissions pertaining to Petitioner's arrest from the night of March 27, 2003; (3) any and all written St. Louis Metropolitan Police Department policies or procedures that were in existence on October 9, 2003, setting forth the procedures that the drug laboratory must follow to destroy drugs in its possession; (4) Petitioner's original police report from March 27, 2003; and (5) any wanted checks performed by the arresting officers on March 27, 2003, no later than **May 30, 2007**.

Dated this 17th day of May, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com