UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COREY R. THOMAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV01670 ERW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court upon Respondent's May 30, 2007, submission of the Internal Affairs File and personnel file of Officer Bryan Williams, DSN 6371, for *in camera* review. After careful consideration, the Court finds that the documents sought do not contain material that may be relevant to Petitioner's claims. *See* Fed. R. Civ. P. 26(b)(1) ("parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party...").

Additionally, the Court concludes that, in this case, the government's privacy interests may be threatened by disclosure of the documents and therefore outweighs Petitioner's need for access to the information. *See Witherspoon v. Courtney*, No. 92-0665-CV-W-3, 1992 U.S. Dist. LEXIS 17904, at * 3-4 (W.D. Mo. Nov. 12, 1992) (discussing official information privilege as it applies to the protection of internal affairs reports prepared by law enforcement agencies).

Accordingly, Petitioner's request for the Internal Affairs File and personnel file of Officer Bryan Williams is denied.

**It is So Ordered this 23rd day of July, 2007.**

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com